IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01970-MSK-MJW

ALAN L. WATTS,

Plaintiff(s),

v.

AMERICAN EXPRESS COMPANY, ET AL.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Motion for Stipulated Protective Order (docket no. 27) is GRANTED finding good cause shown. The written Protective Order (docket no. 27-2) is APPROVED and made an Order of Court.

Date: December 12, 2008