UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
COURT FILE NO.: 08-cv-01970 MSK/MJW

ALAN L. WATTS, on behalf of himself
and all others similarly situated,

        Plaintiff,

VS.

AMERICAN EXPRESS COMPANY &
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.,

        Defendant.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

(Docket No. 66)

On the date below came to be considered the motion of One of Plaintiff's legal counsels, Consumer Justice Center P.A., by and through Thomas J. Lyons Jr., to withdraw from this case. For good cause shown, the motion is GRANTED and the Consumer Justice Center P.A. and Thomas J. Lyons Jr. are permitted to withdraw as counsel for Plaintiff in this case.

Dated this 14TH day of October, 2009.

_____
~~MARCIA S. KRIEGER~~
~~United States District Court~~ Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1