IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 08-cv-01970-MSK-MJW

ALAN L. WATTS, on behalf of himself
and all others similarly situated,

PLAINTIFFS,

VS.

AMERICAN EXPRESS COMPANY &
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.,

DEFENDANTS

---

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
( Docket No 59 )

---

On this day, came on to be considered the Motion for Leave to File Third Amended Complaint filed herein by the Plaintiff, and the Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the Clerk of this Court shall file herein the Third Amended Complaint in the form submitted with Plaintiff's Motion for Leave.

Dated this 7Th day of January, ~~2009~~ 2010

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO