IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01970-MSK-MJW

ALAN L. WATTS, on behalf of himself and all others similarly situated,

       Plaintiff,

v.

AMERICAN EXPRESS COMPANY, and
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss [Joint Stipulated Motion to Dismiss] **(#91)** filed June 6, 2011.  The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**.  Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 6th day of June, 2011.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge